IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv90

| | |
|---|---|
| HILDA L. SOLIS, )<br>Secretary of Labor, )<br>United States Department of Labor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIE ENTERPRISES, LLC d/b/a BIG )<br>FOOT PAVING & GRADING, TINA )<br>BRIGGS ORR, Individually and )<br>JERRY BRANDON ORR, Individually, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is the United States Depart of Labor's Motion to Stay [#14]. The Department of Labor moved to stay this case pending the potential shutdown of the federal government. No such shutdown occurred, and the President signed a short-term funding extension Saturday, April 9, 2011. Accordingly, the Court **DENIES** as moot the Motion to Stay [#14].

Signed: April 11, 2011

Dennis L. Howell
United States Magistrate Judge