IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv90

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | O R D E R |
| BRIE ENTERPRISES, LLC d/b/a BIG FOOT PAVING & GRADING, TINA BRIGGS ORR, individually, and JERRY BRANDON ORR, individually, ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

On September 24, 2010, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before April 15, 2011. [Doc. 13]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**

Signed: May 9, 2011

Martin Reidinger
United States District Judge