IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv90

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRIE ENTERPRISES, LLC d/b/a )<br>BIG FOOT PAVING & GRADING, )<br>TINA BRIGGS ORR, individually, and )<br>JERRY BRANDON ORR, individually, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Status Report of the parties advising that this case has been completely settled. [Doc. 17].

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: May 13, 2011

Martin Reidinger
United States District Judge